UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Nakita A. Shelton                                    Docket No. 5:13-MJ-2066-1

**Petition for Action on Probation**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Nakita A. Shelton , who, upon an earlier plea of guilty to Driving While Impaired Level 5 in violation of 18 U.S.C. § 13 assimilating NCGS 20-138.1, was sentenced by the Honorable James E. Gates, United States Magistrate Judge on January 7, 2014, to 12 months probation. On November 19, 2014, the court extended the term of probation for a period of one-year to the new expiration date of January 6, 2016, to allow the defendant additional time to complete her court obligations.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Shelton had been supervised in the Middle District of North Carolina and recently transferred to the Eastern District of North Carolina. During the period of probation, Shelton failed to satisfy the court ordered monetary obligation due to financial difficulties. Ms. Shelton is a single parent of two and is barely making ends meet. We recommend that the term of probation be extended for a period of six months to allow her additional time to pay her monetary obligations. The defendant has completed all other conditions that were originally ordered, and feels confident that she will be able to pay the fine within six months.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of probation be extended for a period of 6 months from the expiration date of January 6, 2016, until July 6, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Tiffany C. Peacock<br>Tiffany C. Peacock<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2545<br>Executed On: December 21, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __22nd__ day of __December__, 2015 and ordered filed and made a part of the records in the above case.

Kimberly Swank
U.S. Magistrate Judge

Case 5:13-mj-02066-JG   Document 9   Filed 12/22/15   Page 1 of 1